IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 14-277 |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| OLUFEMI YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Defendant's Motion (Doc. [473]) for compassionate release, based on the COVID-19 pandemic, will be denied.

Defendant argues that the existence of the COVID-19 pandemic merits his release. While Defendant provided an affidavit detailing how the COVID-19 pandemic affects incarcerated individuals, he did not provide evidence demonstrating that he is particularly susceptible to severe symptoms from contracting COVID-19. While the Court recognizes "the risks that COVID-19 poses in the federal prison system," it notes that the Court of Appeals for the Third Circuit has held that "the mere existence of COVID-19 in society and the possibility that it may spread to a particular prison alone cannot independently justify compassionate release." United States v. Raia, 954 F.3d 594, 597 (3d Cir. 2020).

Further, the Court does not find any additional extraordinary and compelling reasons for relief. Pursuant to 18 U.S.C. § 3535(a), the Court finds release unjustified given the nature, circumstances and seriousness of Defendant's offense, and the needs for just punishment and deterrence. Defendant pleaded guilty to conspiracy to distribute a significant quantity of drugs—after previously being convicted for similar drug distribution charges. The Court also notes that Defendant's general assertions that his elderly mother is in need of care and support does not

constitute an extraordinary and compelling reason.  Finally, Defendant still has approximately half of his ten year sentence remaining and does not have any additional conditions that would justify compassionate release.

Having weighed the specific facts and circumstances regarding Defendant, the status of the COVID-19 pandemic and Defendant's lack of specific medical concerns, along with all of the considerations in Section 3553, the Court cannot agree that release is warranted.  For these reasons, Defendant's Motion (**Doc. 473**) for compassionate release is **DENIED**.

IT IS SO ORDERED.


September 9, 2021                                         s\Cathy Bissoon
                                                          Cathy Bissoon
                                                          United States District Judge


cc (via ECF email notification):

All Counsel of Record